Robert D. Shoecraft, Esq. (SBN – 96217)
Devin T. Shoecraft, Esq. (SBN – 255489)
SHOECRAFT ♦ BURTON, LLP
750 B Street, Suite 2610
San Diego, CA 92101
Telephone: (619) 794-2280
Facsimile: (619) 794-2278
lawyers@sbcivillaw.com
Attorneys for Defendant Worthington Olson, Inc. dba CobraHelp

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENTS of the UNIVERSITY of CALIFORNIA, a Public Trust Corporation, on behalf of UC DAVIS HEALTH SYSTEM,<br><br>Plaintiff,<br><br>vs.<br><br>STIDHAM TRUCKING INC., a California Corporation; CRAIG C. HANSEN INSURANCE SERVICES, INC., a California Corporation; WORTHINGTON OLSON, INC. a Colorado Corporation dba COBRAHELP; ANTHEM, INC., a Delaware Corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:16-cv-02835-MCE-CKD<br><br>**ORDER RE: DEFENDANT WORTHINGTON OLSON, INC. dba COBRAHELP'S REQUEST TO SEAL DOCUMENTS**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Magistrate Judge:<br>Hon. Carolyn K. Delaney |

## **ORDER**

The Court, having reviewed and considered Defendant Worthington Olson, Inc. dba CobraHelp's ("CobraHelp") request that the Court seal a document, and good cause appearing therefore, hereby orders as follows:

The request is granted. The "Declaration of Heather Underwood," Attachment No. 4

to ECF No. 9 (the MOTION FOR SANCTIONS) filed by CobraHelp on May 8, 2017, shall be sealed. Defendant is further ordered to file an appropriately redacted version of ECF No. 9 Attachment No. 4 not later than 14 days from the date of electronic filing of this order.

IT IS SO ORDERED.

Dated: May 16, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE