Leibovic Law Group, LLP
Gariann M. Weisenberg, Esq. (#152742)
21540 Plummer Street, Suite B
Chatsworth, California 91311

Telephone: (818) 995-9500

Attorneys for Plaintiff, Regents of the University of California,
a Public Trust Corporation on behalf of UC Davis Health System

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENTS of the UNIVERSITY of CALIFORNIA, a Public Trust Corporation, on behalf of UC DAVIS HEALTH SYSTEM,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>STIDHAM TRUCKING INC., a California Corporation; CRAIG C. HANSEN INSURANCE SERVICES, INC., a California Corporation; WORTHINGTON OLSON, INC. a California Corporation dba COBRAHELP; BLUE CROSS OF CALIFORNIA, dba ANTHEM BLUE CROSS, a California Corporation and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | **Case No. 2:16-cv-02835 – MCE-CKD**<br><br>REQUEST FOR DISMISSAL OF DEFENDANT, CRAIG C. HANSEN INSURANCE SERVICES, INC.<br><br><br>Judge: Hon. Morrison C. England, jr.<br>Magistrate Judge: Hon. Carolyn K. Delaney |

**TO THIS HONORABLE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

*///*

*///*

1
REQUEST FOR DISMISSAL

Plaintiff, Regents of the University of California, a Public Trust Corporation, on behalf of UC Davis Health System, by and through their counsel of record, herein requests that the Court dismiss Defendant, Craig C. Hansen Insurance Services, Inc., with prejudice, from the above entitled matter.

Dated: December 7, 2017  Leibovic Law Group, LLP

/s/ *Gariann M. Weisenberg*
Attorney for Plaintiff

**ORDER**

Pursuant to the foregoing, this Court dismisses Defendant Craig C. Hansen Insurance Services, Inc., with prejudice, from the above-captioned matter. In light of this dismissal, Defendant's Motion, ECF No. 41, is DENIED as moot.

This case shall remain open pending the Court's forthcoming order addressing Defendant Worthington Olsen's Statement of Attorneys' Fees in Connection with the Court's Order Granting Defendant's Motion for Rule 11 Sanctions.

IT IS SO ORDERED.

**Dated:  December 12, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE